# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>DETWAN LEE BATES, JR.,<br><br>      Defendant. | Case No. 2:24-cr-00050-JCM-NJK<br><br>**Order**<br><br>[Docket No. 17] |

Pending before the Court is a motion to withdraw as counsel filed by Defendant Detwan Lee Bates, Jr.'s retained attorney, Craig Mueller. Docket No. 17.[1] The Court hereby **SETS** a hearing on that motion for 9:30 a.m. on December 16, 2024, in Courtroom 3C. Defendant must be present for the hearing.

IT IS SO ORDERED.

DATED: December 11, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The motion does not seek relief from the pretrial deadlines set by United States District Judge James C. Mahan, nor the upcoming trial date. *See* Docket No. 16. This order setting a hearing does not in any way modify the requirement to comply that order and applicable deadlines.