# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00050-JCM-NJK |
| Plaintiff, | **Order** |
| v. | [Docket No. 28] |
| DETWAN LEE BATES, JR., | |
| Defendant. | |

Pending before the Court is a motion to withdraw as counsel filed by Defendant Detwan Lee Bates, Jr.'s retained attorney, Craig Mueller. Docket No. 28. Attorney Mueller represents that Defendant has not been in contact with him for months. *See id.* at 3; *see also* Docket No. 26 at 1 (earlier stipulation to continue trial). The Court hereby **SETS** a hearing on this motion for 10:00 a.m. on May 30, 2025, in Courtroom 3C. <u>Defendant must appear in person for this hearing</u>.

In addition, the circumstances described might be pertinent to Defendant's conditions of release. *See, e.g.*, Docket No. 24 at 2 (requiring that Defendant must not move without approval from Pretrial Services). The Clerk's Office is **INSTRUCTED** to send a copy of this order to Pretrial Services.

IT IS SO ORDERED.

DATED: May 23, 2025

_____
Nancy J. Koppe
United States Magistrate Judge