**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DETWAN LEE BATES, JR.,<br>Defendant. | Case No. 2:24-cr-00050-JAD-NJK-1<br>**ORDER** |

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, September 23, 2026, at 11:00 a.m., be vacated and continued to December 9, 2026, at the hour of 10:00 a.m.

DATED this 21st day of July 2026.



UNITED STATES DISTRICT JUDGE