RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Nisha_Brooks-Whittington@fd.org

Attorney for Detwan Lee Bates, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DETWAN LEE BATES, JR.,<br>Defendant. | Case No. 2:24-cr-00050-JAD-NJK-1<br>**STIPULATION TO CONTINUE REVOCATION OF PRETRIAL RELEASE HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, United States Attorney General, and Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Detwan Lee Bates, Jr., that the Revocation of Pretrial Release Hearing currently scheduled on November 10, 2026 at 3:00 p.m., be vacated and continued to December 9, 2026 at 3:00 p.m. or a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. The parties have reached a proposed resolution and request the pretrial release revocation hearing be continued until after the sentencing hearing in the underlying case.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation of pretrial release hearing.

DATED this 9th day of November 2026.

RENE L. VALLADARES
Federal Public Defender

By *\/s/ Nisha Brooks-Whittington*

NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender

TODD BLANCHE
United States Attorney General

By *\/s/ Afroza Yeasmin*

AFROZA YEASMIN
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DETWAN LEE BATES, JR.,

Defendant.

Case No. 2:24-cr-00050-JAD-NJK-1

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the revocation of pretrial release hearing currently scheduled for Tuesday, November 10, 2026 at 1:00 p.m., be vacated and continued to **December 9, 2026 at the hour of 3:00 p.m.**

DATED this 9th day of November 2026.

UNITED STATES MAGISTRATE JUDGE